Virginia Gise, plaintiff in error, v. A. M. Hewitt et al., defendants in error.

Assumpsit on two promissory notes. Judgment for defendant on a directed verdict on defense of want of consideration. Error to the Circuit Court of Christian county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed July 15, 1918.

G. Fred Rush and John E. Hogan, for plaintiff in error. George T. Wallace and W. B. McBride, for defendants in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

Frank Dick et al., appellants, v. M. F. Ambrosius, executor of the last will and testament of Addie Dick, deceased, et al., appellees.

Bill to contest a will. Judgment for defendants. Appeal from the Circuit Court of Cass county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918.

W. H. Dieterich, for appellants; J. M. Riggs, of counsel. Hardin W. Masters and Thomas D. Masters, for appellees.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

Pearl Luther, appellee, v. C. C. Bowman et al., appellants.

Judgment for plaintiff on a judgment note following opening of judgment by confession. Appeal from the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918. Rehearing denied October 2, 1918.

James L. Loar and Sterling, Livingston & Whitmore, for appellants. DeMange, Gillespie & DeMange, for appellee.

Mr. Presiding Justice Eldredge delivered the opinion of the court.

---

Farmington Horse Company, plaintiff in error, v. Estate of Andrew J. Jacobus, deceased, defendant in error.

Claim against estate of decedent for value of property destroyed while in possession of decedent. Judgment for defendant. Error to the Circuit Court of Fulton county; the Hon. Harry M. Waggoner, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed July 15, 1918. Waggoner, J., took no part in the decision of this case.

W. S. Jewell, Cameron & Cameron and Alphon L. Anderson, for plaintiff in error. Chiperfield & Chiperfield, for defendant in error.

Mr. Presiding Justice Eldredge delivered the opinion of the court.